IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELANIE GOSA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:20-CV-01356-MAB |
| vs. ) ) ) | |
| ESURANCE PROPERTY AND CASUALTY INSURANCE COMPANY, ) | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Dismissal filed on April 6, 2021 (Doc. 24) and the Order entered on April 8, 2021 (Doc. 25), this action is voluntarily **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), each party to bear its own costs and fees.

DATED: April 8, 2021

                                                   **MARGARET M. ROBERTIE,**
                                                   Clerk of Court

                                                   BY:  /s/ *Jennifer Jones*
                                                         **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                        **MARK A. BEATTY**
                        **United States Magistrate Judge**